Corrected

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

## No. 98-11017

_____

## EMMA MAE MCDONNELL,

**Plaintiff-Appellant,**

**versus**

## US POSTAL SERVICE; WILLIAM A. HENDERSON,
### US Postal Service Postmaster General,

**Defendants-Appellees.**

_____

### Appeal from the United States District Court
### for the Northern District of Texas
### (7:97-CV-33-X)

_____

### November 5, 1999

**Before DUHÉ, BARKSDALE, and DENNIS, Circuit Judges:**

**PER CURIAM:**[*]

**AFFIRMED.** See 5th Cir. Rule 47.6.

---

[*] Pursuant to 5th Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. Rule 47.5.4.